USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 9 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :       CRIM   540
                                :       INDICTMENT
EDWIN VAZQUEZ,                  :
                                :
            Defendant.          :       19 Cr.
                                :
- - - - - - - - - - - - - - - - X

## COUNT ONE

The Grand Jury charges:

On or about January 19, 2016 and thereafter, in the

Southern District of New York and elsewhere, EDWIN VAZQUEZ, the

defendant, having been released pursuant to chapter 207 of Title

18, United States Code, while awaiting surrender for service of

sentence after conviction in the United States District Court

for the Southern District of New York for an offense punishable

by imprisonment for a term of 15 years or more, in Case No. 13-

CR-869, entitled United States v. Vazquez, and having been

directed by the Court to surrender to the institution designated

by the Bureau of Prisons on January 19, 2016 before 2:00pm, did

knowingly fail to surrender for service of sentence as ordered

by the Court.

(Title 18, United States Code, Sections 3146(a)(2) and
(b)(1)(A)(1).)

JUDGE FAILLA

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**EDWIN VAZQUEZ,**

**Defendant.**

## INDICTMENT

19 Cr.

(18 U.S.C. §§ 3146(a)(2) & (b)(1)(A)(i).)

GEOFFREY S. BERMAN
United States Attorney

Foreperson

7/29/19  Filed Indictment
Case assigned to Judge Failla

USMJ Wang