UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 540 (KPF) |
| EDWIN VAZQUEZ, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's submission of March 31, 2020. Because the Court understands that it contains privileged information, it has not reviewed the contents of the submission and will not docket it in this case. The Court also notes that Defendant filed a notice of appeal on or about March 20, 2020 (Dkt. #17), and because of that, the Court's current jurisdiction over the matter is highly circumscribed. *See United States* v. *Rodgers*, 101 F.3d 247, (2d Cir. 1997) ("As a general matter, '[t]he filing of a notice of appeal is an event of jurisdictional significance — it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" (quoting *Griggs* v. *Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982))). The Court believes that any claims raised by Defendant concerning his prosecution, plea, or sentencing are best addressed to the Second Circuit Court of Appeals in his appeal. Accordingly, the Court will act no further on Defendant's March 31, 2020 submission.

SO ORDERED.

Dated: April 6, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge