UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>EDWIN VAZQUEZ,<br><br>Defendant. | 19 Cr. 540 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a letter from Defendant's appellate counsel, Lawrence Gerzog, dated November 10, 2020, which letter the Court has not docketed due to the sensitive nature of the information contained therein. As an initial matter, the Court agrees with Mr. Gerzog that there may be a conflict of interest for Mr. Gerzog to represent Defendant before this Court. Additionally, after reviewing the docket in this case, the Court notes that there are no pending motions that may form the basis for the appointment of counsel for Defendant. There was a motion to vacate under 28 U.S.C. § 2255, but as Mr. Gerzog is aware, that motion was withdrawn. Should Defendant request the appointment of counsel to pursue a different motion, or should Defendant file a motion that suggests that counsel ought to be appointed for him, the Court will address the appointment of counsel for Defendant at that time.

SO ORDERED.

Dated: November 11, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge