TRULINCS  65285019 - VAZQUEZ, EDWIN - Unit: BRO-G-B

**MEMO ENDORSED**

----------------------------------------------------------------------------------------

FROM: 65285019
TO:
SUBJECT: MOTION FOR THE APPOINTMENT OF COUNSEL
DATE: 11/16/2020 10:55:12 AM

DEAR JUDGE FAILLA IM WRITING TODAY TO ASK THE COURT TO APPOINT ME OF COUNSEL TO PURSUE A DIFFERENT MOTION I WILL LIKE TO FILE A MOTION THAT A COUNSEL OUGHT TO BE APPOINTED FOR ME.

ALSO I WILL LIKE IF IS POSSIBLE TO ASK THE COURT TO STOP MY TRANSFER TO ANOTHER FACILITY WHILE WAIT FOR THE RESULTS SINCE I WONT BE ABLE TO HAVE ACCESS TO LAW LIBRARY OR COMPUTER .

VERY TRULY

x Edwin Vasquez

The Court is receipt of Mr. Vazquez's letter seeking appointment of counsel to pursue a post-conviction motion.  (Dkt. #23).  By Order dated November 12, 2020, the Court explained that "Should Defendant request the appointment of counsel to pursue a different motion, or should Defendant file a motion that suggests that counsel ought to be appointed for him, **the Court will address the appointment of counsel for Defendant at that time.**"  (Dkt. #22).  On the current record, the Court does not have sufficient information to know whether appointment of counsel is justified, and therefore Mr. Vazquez's request is DENIED without prejudice.  Mr. Vazquez may write to the Court specifying the motion he anticipates making, along with his basis for pursuing such a motion, or he may file his motion and in so doing, request that the Court appoint counsel to supplement his motion.  Defendant's request for an order directing the Bureau of Prisons to refrain from transferring Defendant is DENIED.

The Clerk of Court is directed to mail a copy of this Order to Defendant at the following address:
    Edwin Vazquez
    Reg. No. 65285-019
    MDC Brooklyn
    P.O. BOX 329002
    BROOKLYN, NY  11232

SO ORDERED.

Dated:    November 20, 2020
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE